IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00329-PSF-MJW

LYNN STIEBER,

    Plaintiff,

v.

BANNER HEALTH,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 20).  The Court having considered the Stipulated Motion to Dismiss, hereby

ORDERS that this action be dismissed with prejudice, each party to pay her or its own costs and attorneys' fees.

DATED:  June 23, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Court Judge